BLOCK, J.

SCANLON, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL - 9 2019 ★

BROOKLYN OFFICE

JD:MEF
F. #2019R00623

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH CIALONE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

CR. 19 - 314

(T. 18, U.S.C., §§ 654 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>THEFT BY UNITED STATES EMPLOYEE</u>

In or about and between April 2018 and April 2019, both dates being approximate and inclusive, within the Eastern District of New York, the defendant JOSEPH CIALONE, being an officer and employee of the United States and a department and agency thereof, to wit:  United States Customs and Border Protection, did knowingly and intentionally embezzle and wrongfully convert to his own use the money and property of another, which came into his possession and under his control in the execution of such office

2

and employment, and under color and claim of authority as such officer and employee, which money and property had a value in excess of $1,000.

(Title 18, United States Code, Sections 654 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY,
PURSUANT TO 28 C.F.R. 0.136

F.#: 2019R00623

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

JOSEPH CIALONE,

Defendant.

# INDICTMENT

(T. 18, U.S.C. §§ 654 and 3551 et seq.)

*A true bill.*

_____ *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

_____

*Megan E. Farrell, Assistant U.S. Attorney (718) 254-6448*