UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

**ORDER**

 -vs-

Joseph Cialone,                                       CR-19-314(FB)

                    Defendants.

----------------------------------------------------


On September 27, 2019 the Court held a status conference, on the record, in open court, with all counsel and Pre-Trial Services present. Pre-Trial services memorandum dated 9/20/19 was discussed. For the reasons stated on the record the defendant's bail conditions are modified to include mental health treatment as directed by pre-trial services. The next conference is set for 10/11/19 @ 2:30pm.



SO ORDERED.
/S/ Frederic Block
UNITED STATES DISTRICT JUDGE



DATED:  Brooklyn, N.Y.
         September 27, 2019

cc.: Amanda Sanchez, Pre-Trial Services Officer